IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR THE COUNTY OF HILLSBOROUGH, STATE OF FLORIDA
CIRCUIT CIVIL DIVISION

DEBORAH WILLIAMS, as Parent and
Natural Guardian of her minor child,
ABDULLAH FISHER,

    Plaintiff,

v.                                                    Case No.

SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA

    Defendant,
_____/

## COMPLAINT

COMES NOW, the Plaintiff, DEBORAH WILLIAMS, as parent and natural guardian of her minor child, ABDULLAH FISHER, by and through her undersigned counsel, and hereby sues the Defendant, SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA, (hereinafter referred to as "SCHOOL BOARD") and alleges as follows:

1.    This is an action for damages in excess of $15,000.00 exclusive of interest and costs.

2.    That all times material to this action the Plaintiff, DEBORAH WILLIAMS, resided in Hillsborough County, Florida.

3.    That Plaintiff, DEBORAH WILLIAMS, is the parent and natural guardian of ABDULLAH FISHER, a minor child.

4.    That all damages and any other further relief claimed in this Complaint arose out of an incident which occurred on October 28, 2010, at Dorothy Thomas School in Hillsborough County, Florida.

5. All conditions precedent to bringing this action have occurred or have been met pursuant to Florida Statute §768.28.

6. Formal notice pursuant to Florida Statute §768.28 has been furnished to the appropriate state agencies prior to the filing of this Complaint.

7. That at all times material to this action, ABDULLAH FISHER was a student at Dorothy Thomas School.

8. That at all times material to this action ABDULLAH FISHER, was and still is a person with developmental disabilities.

9. That ABDULLAH FISHER was enrolled as a student with disabilities at Dorothy Thomas School.

10. That on October 28, 2010, while on the premises of Dorothy Thomas School and during business hours, employees of Defendant, SCHOOL BOARD, unjustifiably used deadly and excessive force on ABDULLAH FISHER, while in the course and scope of their employment.

11. That at all times material hereto, the acts and/or omissions of Defendant, SCHOOL BOARD, constituted breach of the duty owed by Defendant, SCHOOL BOARD to ABDULLAH FISHER.

12. That the actions and conduct of Defendant, SCHOOL BOARD, against ABDULLAH FISHER, occurred under color of state law, regulation, custom and usage of the state of Florida.

13. That as a direct and proximate cause of the actions and conduct of Defendant, SCHOOL BOARD, ABDULLAH FISHER, was severely injured.

14. That as a direct and proximate cause of the negligence of Defendant, SCHOOL BOARD, ABDULLAH FISHER, was severely injured.

## COUNT I – NEGLIGENCE

15. Plaintiff, DEBORAH WILLIAMS, re-alleges and re-adopts paragraphs 1- 14 as if fully stated herein;

16. That as a result of the aforesaid negligence of Defendant, SCHOOL BOARD, ABDULLAH FISHER, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and ABDULLAH FISHER will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, demands judgment for damages against the Defendant, SCHOOL BOARD, and claims damages in excess of Fifteen Thousand Dollars ($15,000.00) and respectfully requests a trial by jury on all issues so triable.

## COUNT II – CIVIL ASSAULT

17. Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, re-alleges and re-adopts paragraphs 1-14 as if fully stated herein;

18. That on or about October 28, 2010, the employees of Defendant, SCHOOL BOARD, who were acting within the scope and course of their employment, intentionally and unlawfully

threatened ABDULLAH FISHER, by their words and actions during the incident.

19. That the employees who were acting within the scope and course of their employment with Defendant, SCHOOL BOARD, had at the time of the incident the apparent ability to effectuate the attempted actions upon ABDULLAH FISHER.

20. That during the incident, the actions and conduct of the employees who were acting within the scope and course of their employment with Defendant, SCHOOL BOARD, created within ABDULLAH FISHER, a fear of imminent peril.

21. That as a direct and proximate result of the offensive contact of Defendant, SCHOOL BOARD, ABDULLAH FISHER, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and ABDULLAH FISHER will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, demands judgment for damages against Defendant, SCHOOL BOARD, and claims damages in excess of Fifteen Thousand Dollars ($15,000.00) and respectfully requests a trial by jury on all issues so triable.

### COUNT III – CIVIL BATTERY

22. Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, re-alleges and re-adopts paragraphs 1-14 as if fully stated herein;

23. That on or about October 28, 2010, the employees of Defendant, SCHOOL BOARD, who

were acting within the scope and course of their employment with Defendant, SCHOOL BOARD, committed acts which were intended to cause harmful and/or offensive contact with ABDULLAH FISHER.

24. That the employees who were acting within the scope and course of their employment with Defendant, SCHOOL BOARD, committed acts which caused ABDULLAH FISHER, to be in imminent apprehension of such contact.

25. That the employees who were acting within the scope and course of their employment with Defendant, SCHOOL BOARD, made harmful and offensive contact with ABDULLAH FISHER.

26. That as a direct and proximate result of the offensive contact of Defendant, SCHOOL BOARD, ABDULLAH FISHER, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and ABDULLAH FISHER will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER demands judgment for damages against Defendant, SCHOOL BOARD, and claims damages in excess of Fifteen Thousand Dollars ($15,000.00) and respectfully requests a trial by jury on all issues so triable.

## COUNT IV – VIOLATION OF 42 U.S.C. § 1983

27. Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER re-alleges and re-adopts paragraphs 1-14 as if fully stated herein;

28. That the actions and conduct of Defendant, SCHOOL BOARD, was entirely unjustified by any actions of ABDULLAH FISHER, and constituted an unreasonable and excessive use of deadly force.

29. That Defendant, SCHOOL BOARD, acted reckless, maliciously or deliberately indifferent toward ABDULLAH FISHER.

30. That the actions and conduct of Defendant, SCHOOL BOARD, deprived ABDULLAH FISHER, of his rights, privileges and immunities guaranteed under federal law and the U.S. Constitution.

31. That as a direct and proximate result of the aforementioned acts and/or omissions on the part of Defendant, SCHOOL BOARD, ABDULLAH FISHER, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and ABDULLAH FISHER, will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, demands judgment for damages against Defendant, SCHOOL BOARD, and claims damages in excess of Fifteen Thousand Dollars ($15,000.00) and respectfully requests a trial by jury on all issues so triable.

## COUNT V – VIOLATION OF FLORIDA STATUTE §393.13

32. Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, re-alleges and re-adopts paragraphs 1-14 as if fully stated herein;

33. That the actions and conduct of Defendant, SCHOOL BOARD, against ABDULLAH FISHER, included the unnecessary use of restraint.

34. That the actions and conduct of Defendant, SCHOOL BOARD, against ABDULLAH FISHER, included the unnecessary use of seclusion.

35. That the actions and conduct of Defendant, SCHOOL BOARD, against ABDULLAH FISHER, caused him harm.

36. That the actions and conduct of Defendant, SCHOOL BOARD, against ABDULLAH FISHER, caused him physical injury.

37. That the actions and conduct of Defendant, SCHOOL BOARD, deprived ABDULLAH FISHER, of his rights, privileges and immunities guaranteed under the laws of the state of Florida.

38. That as a direct and proximate result of the aforementioned acts and/or omissions on the part of Defendant, SCHOOL BOARD, ABDULLAH FISHER, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and ABDULLAH FISHER, will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, demands judgment for damages against Defendant, SCHOOL BOARD, and claims damages in excess of Fifteen Thousand Dollars ($15,000.00) and respectfully requests a trial by jury on all issues so triable.

## COUNT VI – VIOLATION OF FLORIDA STATUTE §1003.573

39. Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, re-alleges and re-adopts paragraphs 1-14 as if fully stated herein;

40. That on or about October 28, 2010, the employees who were acting within the scope and course of their employment with Defendant, SCHOOL BOARD, used a restraint that restricted the breathing of ABDULLAH FISHER.

41. That the actions and conduct of Defendant, SCHOOL BOARD, were entirely unjustified.

42. That the actions and conduct of Defendant, SCHOOL BOARD, constitute a direct violation of clearly established law and violated the rights of ABDULLAH FISHER.

43. That as a direct and proximate result of the aforementioned acts and/or omissions on the part of Defendant, SCHOOL BOARD, ABDULLAH FISHER, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and ABDULLAH FISHER, will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, DEBORAH WILLIAMS, as Parent and Guardian of ABDULLAH FISHER, demands judgment for damages against Defendant, SCHOOL BOARD, and claims damages in excess of Fifteen Thousand Dollars ($15,000.00) and respectfully requests a trial by jury on all issues so triable.

_____
DONNA FERRELL, ESQUIRE
MANEY & GORDON, P.A.
101 East Kennedy Boulevard, Suite 3170
Tampa, Florida 33602
Telephone: (813) 221-1366
Facsimile: (813) 223-5920
Florida Bar Number: 062841
*Counsel for Plaintiff*